```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

AMY NOON,                          )
                                   )
    Plaintiff,                     )   Civil No. 5:17-cv-162-JMH
                                   )
v.                                 )
                                   )
AVANTEUSA, LTD. and                )
LINK REVENUE RESOURCES, LLC        )   **ORDER**
                                   )
    Defendants.                    )
                                   )

\*\*\*\*\*

The plaintiff has filed a two Notices of Dismissal [DE 7 and 9], indicating that she is dismissing with prejudice all claims against both defendants. Accordingly, **IT IS ORDERED**:

(1) that all claims in this action are **DISMISSED WITH PREJUDICE**, each party bearing his or its own costs and attorneys' fees associated with this action.

(2) that all pending motions or requests for relief are **DENIED AS MOOT**;

(3) that all deadlines and scheduled proceedings are **CONTINUED GENERALLY**; and

(4) that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This the 20th day of August, 2018.



Signed By:

*Joseph M. Hood*

Senior U.S. District Judge